IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:25-CR-94 (BKS) |
| | ) | |
| **v.** | ) | **Indictment** |
| | ) | |
| **JONAS MORALES-LOPEZ,** | ) | Violation:    8 U.S.C. § 1326(a) |
| | ) | [Illegal Reentry] |
| **Defendant.** | ) | |
| | ) | 1 Count |
| | ) | |
| | ) | County of Offense:    Onondaga |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**[Illegal Reentry]**

On or about March 5, 2025, in Onondaga County in the Northern District of New York, the Defendant, **JONAS MORALES-LOPEZ**, an alien, native and citizen of Guatemala, who had been removed from the United States, was thereafter found in the United States in Syracuse, New York, without having obtained the express consent of the Attorney General, or her successor, the Secretary of the Department of Homeland Security, to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

Dated:    March 12, 2025

A TRUE BILL,

████████████████████

Grand Jury Foreperson

DANIEL HANLON
Acting United States Attorney

By:

Michael F. Perry
Assistant United States Attorney
Bar Roll No. 518952