UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

        v.                                                   CASE. NO.:
                                                          25-CR-94 (BKS)

JONAS MORALES LOPEZ,

        Defendant.
_____

## DEFENDANT'S PROPOSED VERDICT FORM

DATED:  May 19, 2025                          LISA A PEEBLES
              Syracuse, New York          Federal Public Defender

                                           By:   *s/Gabrielle DiBella, Esq.*
                                                    Assistant Federal Public Defender
                                                    Bar Roll No. 700576
                                                    Office of the Federal Public Defender
                                                    4 Clinton Square, 3rd Floor
                                                    Syracuse, New York   13202
                                                    (315) 701-0080

cc:    Michael Perry, AUSA, by ECF
        Matt McCrobie, AUSA, by ECF

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

        v.                                                  CASE. NO.:
                                                              25-CR-94 (BKS)

JONAS MORALES LOPEZ,

        Defendant.

_____

## **VERDICT FORM**

We, the jury, unanimously find as follows as to Defendant Jonas Morales Lopez:

**COUNT ONE**
Illegal Re-Entry
8 U.S.C. §1326(a)

As to Count One of the Indictment, we, the jury, unanimously find Defendant Jonas Morales Lopez:

        ___ NOT GUILTY        ___ GUILTY

PROCEED TO THE NEXT PAGE, SIGN IN THE SPACE PROVIDED, AND NOTIFY THE MARSHAL THAT YOU HAVE REACHED A VERDICT.

Please sign and date this verdict form.

YOUR VERDICT MUST BE UNANIMOUS.
ALL JURORS MUST SIGN.

Dated:  June __, 2025

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____