IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:25-CR-94 (BKS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JONAS MORALES-LOPEZ,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## PROPOSED VERDICT FORM OF THE UNITED STATES

The United States of America, by and through its counsel of record, the United States of

Attorney for the Northern District of New York, herby files its proposed verdict form.

Date: May 19, 2025                    Respectfully submitted,

                                      JOHN A. SARCONE III
                                      United States Attorney

                                      /s/ Michael F. Perry
                                      /s/ Matthew J. McCrobie
                    By:    _____
                                      Michael F. Perry, Bar Roll No. 518952
                                      Matthew J. McCrobie, Bar Roll No. 702739
                                      Assistant United States Attorneys

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    5:25-CR-94 (BKS) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JONAS MORALES-LOPEZ,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**VERDICT FORM**

**PLEASE NOTE: YOUR VERDICT SHOULD BE REPORTED TO THE JUDGE ON THIS VERDICT FORM WHICH MUST BE SIGNED BY THE JURY FOREPERSON.**

We, the jury, unanimously find as follows as to Defendant:

**COUNT 1: ILLEGAL REENTRY [8 U.S.C. § 1326(a)].**

Guilty: _____    Not Guilty: _____

**Your deliberations are complete.**
**Please remember to sign and date your verdict sheet.**

Dated: _____

So say we all,

_____
Foreperson